Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

FILED
OCT 18 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Cheryl Dean Riley
1125 Chapline St.
PO Box 471
Wheeling, WV 26003

**Control Number:** 227736
**Defendant:** JOE REED
106 GRIFFISS DRIVE
ROME, NY 13440 US

**County:** Federal
**Civil Action:** 5:18-CV-166
**Certified Number:** 92148901125134100002408166
**Service Date:** 10/12/2018

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.**

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State