Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



USPS CERTIFIED MAIL™

9214 8901 1251 3410 0002 4081 59

JOSEPH M CARNEY
20 APPLETREE LANE
HILLSDALE, NJ 07642



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

Control Number: 227735

Defendant: JOSEPH M CARNEY
20 APPLETREE LANE
HILLSDALE, NJ 07642 US

County: Federal
Civil Action: 5:18-CV-166
Certified Number: 92148901125134100002408159
Service Date: 10/12/2018

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper,* **not to the Secretary of State's office.**

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

Diana Mey )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 5:18-cv-166
)
Environmental Safety International, Inc. )
a/k/a Septic Safety )
a/k/a Activator 1000 )
Joseph M. Carney, Joe Reed )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Joseph M. Carney
20 Appletree Ln.
Hillsdale, NJ 07642-1228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Benjamin Sheridan
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Cheryl Dean Riley**

CLERK OF COURT

Date: 10·3·18

*L.M. Murphy*
*Signature of Clerk or Deputy Clerk*

ORIGINAL FOR RETURN

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Diana Mey

**DEFENDANTS**
Environmental Safety International, Inc. a/k/a Septic Safety, a/k/a Activator 1000, Joseph M. Carney, Joe Reed

(b) County of Residence of First Listed Plaintiff  **OHIO**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Benjamin M. Sheridan
Klein & Sheridan, LC, 3566 Teays Valley Road, Hurricane, WV 25526
(304) 562-7111

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability |  | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending |  | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
|  |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  |  | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property |  / **Other:** | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions |  |  |
|  |  / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 448 Education / ☐ 555 Prison Condition |  |  |  |
|  |  / ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 U.S.C. §227(c)(5), 47 U.S.C. §227(b)(3)(B), 46A-6-104, 46A-6F-601(2), 46A-6F-601(3), 61-3C-14a

Brief description of cause:
Violation of the FDCPA and WVCCPA

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 10/03/2018
SIGNATURE OF ATTORNEY OF RECORD: Benjamin M. Sheridan

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Diana Mey
    Plaintiff,

vs.

Case No. 5:18-cv-166

Environmental Safety International, Inc.
a/k/a Septic Safety
a/k/a Activator 1000
Joseph M. Carney
Joe Reed
    Defendants.

## COMPLAINT

Now comes the Plaintiff, Diana Mey, by and through her attorney, Benjamin Sheridan, of the law firm of Klein and Sheridan, LC, and hereby states as follows:

## JURISDICTION AND PARTIES

1. The Plaintiff, Diana Mey, is a resident of Ohio County, West Virginia.

2. Jurisdiction of this Court arises pursuant to 47 U.S.C. § 227 et Seq.

3. This action arises out of Defendants' violations of the Telephone Consumer Protection Act ("TCPA"), violations of orders, rules and regulations promulgated the Federal Communications Commission (FCC) relating to the TCPA, the National Do Not Call registry and by its invasion of Plaintiff's privacy by repeatedly via an automated dialer system.

4. The Plaintiff is a person who falls under the protection of Article 2 of the West Virginia Consumer Credit and Protection Act (herein "WVCCPA") and is entitled to the remedies set forth in Article 5 of the WVCCPA.

5. The Defendant, Environmental Safety International, Inc. a/k/a Septic Safety a/k/a Activator 1000 (Septic Safety), is a corporation having its principal offices in a state

1

other than West Virginia and which does business in West Virginia.

6. Upon information and belief, Septic Safety is defunct or at least does not pick up it's mail anymore.

7. The Defendant, Joseph M. Carney, is an owner and officer of Septic Safety.

8. The Defendant, Joe Reed, is an owner and officer of Septic Safety.

9. The Defendants are debt collector as defined by *West Virginia Code* §46A-2-122(d) engaging directly or indirectly in debt collection as defined by *West Virginia Code* §46A-2-122(c) within the State of West Virginia, including, Ohio County, West Virginia.

10. Venue is proper in this Court because the acts and transactions occurred here, Plaintiff resides here, and Defendants transact business here.

## FACTUAL ALLEGATIONS

11. Plaintiff has a telephone number that is assigned to a cellular telephone service.

12. All of Plaintiff's telephone numbers are on the national "Do Not Call" registry.

13. In or about April of 2004, Septic Safety was cited by the FCC for prerecorded telephone calls.

14. In or about February of 2005, the FCC issued a Notice of Apparent Liability for Forfeiture in the amount of $14,500 to Septic Safety, finding that "that "Despite the (2004) citation's warning that subsequent violations could result in the imposition of monetary forfeitures, the Commission has received additional consumer complaints indicating that Septic Safety apparently continued to send illegal prerecorded, unsolicited advertisements after receiving the citation."

15. In or about June of 2005 the FCC issues forfeiture as to Septic Safety in the amount of $9,000 for "willful and repeated violations..." of the telephone protection laws.

2

16. On or about December 29, 2016 at approximately 1:14 PM, Ms. Mey received an unsolicited call from a phone number associated with the Defendants, (803) 489-7604. This was a prerecorded call about septic tanks and cesspools. The call prompted Ms. Mey to leave her name, and Ms. Mey did so solely for the purpose of identifying who was calling her in an unsolicited manner.

17. On or about December 30, 2016, Ms. Mey received a call from Karen with "Activator 1000"

18. Upon information and belief, Activator 1000 is an alias of the Defendant Septic Safety.

19. Ms. Mey purchased Activator 1000 on the call with Karen for the purposes of identifying who was calling her in an unsolicited manner.

20. On or about January 9, 2017, Ms. Mey received an additional prerecorded call, identical to the call she received on December 29, 2016, pitching septic tank and cesspool products.

21. On or about January 11, 2017, Ms. Mey receives the Activator 1000 product from Septic Safety along with a letter identifying the company as Environmental Safety International, Inc. This letter was signed by Defendant Joseph Carney.

22. Plaintiff returned the Activator 1000 for a full refund.

23. Plaintiff has been annoyed, harassed, harangued, and otherwise bothered by unwanted telephonic solicitation phone calls, despite her number being registered with the federal do not call database.

COUNT I

VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
47 U.S.C. §227(b)(3)(B)

3

24. Plaintiff incorporates by reference all paragraphs of this Complaint as though fully stated herein.

25. On information and belief, Defendant used an automatic telephone dialing system as defined by 47 USC § 227 (a)(1) when it made each and every call to Plaintiffs number assigned to a cellular telephone in the last four years.

26. Upon information and belief, the Defendant uses pre-recorded messages in its calls to consumers such as the Plaintiff.

27. Upon information and belief, the Defendant has been sanctioned by the FCC in the past for violations of the TCPA.

28. On information and belief, Defendant did not have Plaintiff's prior express written consent prior to contact Plaintiff at his wireless number using an automatic telephone dialing system.

29. Defendant made the calls to Plaintiff willfully.

30. Defendant made the calls to Plaintiff knowingly.

31. Defendant's acts in making the calls to Plaintiff were not accidental.

32. Plaintiff's privacy has been invaded as a result of Defendant's acts.

33. As a result of the Defendant's actions, Plaintiff has been annoyed, inconvenienced, harassed, bothered, upset, angered, harangued and otherwise was caused indignation and distress.

### COUNT II

### VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
### 47 U.S.C. §227(c)(5)

34. Plaintiff incorporates by reference all paragraphs of this Complaint as though fully stated herein.

4

35. Defendant made telephone solicitation calls to Plaintiff.

36. Plaintiff informed Defendant Plaintiff is on the Do Not Call Registry.

37. Upon information and belief, the Defendants knew or reasonably should have known that the Plaintiff was on the national "Do Not Call List."

38. Defendant made these telephone solicitations despite Plaintiff's number having been registered on the national "Do Not Call List."

39. On information and belief, Defendant fails to properly maintain or train its personnel how to comply with the TCPA and the FCC rules and regulations.

40. As a result of the Defendant's actions, Plaintiff has been annoyed, inconvenienced, harassed, bothered, upset, angered, harangued and otherwise was caused indignation and distress.

## COUNT III

### *INJUNCTIVE RELIEF*

41. The Plaintiff incorporates the previous paragraphs as if fully set forth herein.

42. Plaintiff requests that this Court grant it injunctive relief preventing Defendants, their agents, employees, representatives or their successors and assigns from taking any action contrary to or in violation of any part of the TCPA 47 U.S.C. § 227 pursuant to 47 U.S.C. § 227 (b)(3)(A).

## COUNT IV

### *COMMON LAW NEGLIGENCE*

43. The Plaintiff incorporates the previous paragraphs as if fully set forth herein.

44. Defendant negligently failed to train, supervise, monitor or otherwise control its employees to ensure that its employees did not violate the TCPA as alleged in Counts I and II.

45. As a result of the Defendant's actions, Plaintiff has been annoyed, inconvenienced, harassed, bothered, upset, angered, harangued and otherwise was caused indignation and distress.

### COUNT V

#### *COMMON LAW INVASION OF PRIVACY*

46. The Plaintiff incorporates the previous paragraphs as if fully set forth herein.

47. The Plaintiff has, and have, an expectation of privacy to be free from harassing and annoying telephone calls within the confines of Plaintiff's home.

48. The acts of the Defendant in placing telephone calls to Plaintiff's home telephone number invaded, damaged and harmed Plaintiff's right of privacy.

49. As a result of the Defendant's actions, the Plaintiff suffered emotional distress.

50. As a result of the Defendant's action, the Plaintiff has been annoyed, inconvenienced, harassed, bothered, upset, angered, harangued and otherwise was caused indignation and distress.

### COUNT VI

#### *COMMON LAW INVASION OF PRIVACY*

51. The Plaintiff incorporates the previous paragraphs as if fully set forth herein.

52. It is an unfair and deceptive act and practice to call someone who is on the federal "Do Not Call" registry and attempt to sell the products and violations West Virginia Code § 46A-6-104.

53. It is unfair to avoid the normal avenues of commerce and harass someone at their phone

about purchasing products they may not want in violation of West Virginia Code § 46A-6-104.

54. It is unfair to use pre-recorded messages to call someone who has not requested to be contacted by that business in an attempt to get them to purchase products they did not solicit in violation of West Virginia Code § 46A-6-104.

55. Plaintiff has an out of pocket expense because she purchased the product and had to return it, including postage.

56. As a result of the Defendant's actions, Plaintiff has been annoyed, inconvenienced, harassed, bothered, upset, angered, harangued and otherwise was caused indignation and distress.

## COUNT VII

## VIOLATIONS OF THE WEST VIRGINIA CONSUMER CREDIT AND PROTECTION ACT W.V.C. §46A-6F-601(2)

57. Plaintiff incorporates by reference all paragraphs of this Complaint as though fully stated herein.

58. Defendant engaged Plaintiff repeatedly or continuously in an annoying, abusive, or harassing manner.

59. As a result of the Defendant's actions, Plaintiff has been annoyed, inconvenienced, harassed, bothered, upset, angered, harangued and otherwise was caused indignation and distress.

## COUNT VIII

## VIOLATIONS OF THE WEST VIRGINIA CONSUMER CREDIT AND PROTECTION

## ACT W.V.C. §46A-6F-601(3)

60. Plaintiff incorporates by reference all paragraphs of this Complaint as though fully stated herein.

61. Defendant initiated an outbound call with Plaintiff despite Plaintiff having entered her number on the "Do Not Call" registry prior to this contact and had reasonable expectations to not be called by or on behalf of a telemarketer.

62. As a result of the Defendant's actions, Plaintiff has been annoyed, inconvenienced, harassed, bothered, upset, angered, harangued and otherwise was caused indignation and distress.

## COUNT IX

## VIOLATIONS OF THE WEST VIRGINIA CONSUMER CREDIT AND PROTECTION ACT W.V.C. §61-3C-14a

63. Plaintiff incorporates by reference all paragraphs of this Complaint as though fully stated herein.

64. Defendant placed an unsolicited call to Plaintiff, despite Plaintiff's telephone number being on the "Do Not Call" registry, with intent to harass or abuse Plaintiff into paying for a product they had not expressed interest in purchasing.

65. As a result of the Defendant's actions, Plaintiff has been annoyed, inconvenienced, harassed, bothered, upset, angered, harangued and otherwise was caused indignation and distress.

### DEMAND FOR RELIEF

Plaintiff demands from the Defendant:

a. damages pursuant to 47 U.S.C. § 227 (b)(3)(B) for each and every call in the amount of at least $500 for each such act that this Court finds were not made willfully or not made knowingly;

b. damages pursuant to 47 U.S.C. § 227 (b)(3)(B) for each and every call in the amount of $1,500 for each such act that this Court finds were made willfully or were made knowingly; and

c. damages pursuant to 47 U.S.C. § 227 (c)(5) for each and every failure to abide by the TCPA and FCC's do-not-call-list requirements in the amount of at least $500 for each such act that this Court finds were not made willfully or not made knowingly;

d. damages pursuant to 47 U.S.C. § 227 (c)(5) for each and every failure to abide by the do-not-call-list requirements in the amount of $1,500 for each such act that this Court finds were made willfully or were made knowingly; and

e. an order granting Plaintiff injunctive relief preventing Defendants, their agents, employees, representatives or their successors and assigns from taking any action contrary to or in violation of any part of the TCPA 47 U.S.C. § 227 pursuant to 47 U.S.C. § 227 (b)(3)(A)

f. $500 per violation of the Telephone Consumer Protection Act as provided for in in 47 USCS § 227(b)(3)(B);

g. $200 per violation of the West Virginia Consumer Credit and Protection Act;

h. $1,500 per violation of the Telephone Consumer Protection Act to the extent the violations were willful 47 USCS § 227(b)(3)(C);

i. Plaintiff be awarded actual damages and statutory damages as allowed for in *W. Va. Code*

9

§ 46A-6F-701;

j.  The Plaintiff be granted general damages and punitive damages for Defendant's conduct alleged in Count V;

k.  Such other relief as the Court shall deem just and proper under the attendant circumstances.

**PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE**

DIANA MEY
BY COUNSEL

BY:   /s/ Benjamin M. Sheridan
   Benjamin M. Sheridan (# 11296)
   *Counsel for Plaintiff*
   Klein & Sheridan, LC
   3566 Teays Valley Road
   Hurricane, WV 25526
   (304) 562-7111
   Fax: (304) 562-7115