

**Apply shipping documents on this side.**

Do not use this envelope for:

0.2 LBS  LTR  1 OF 1

SHIPPING
(800) 736-7337
ENVIROMENTAL PRODUCTS LLC
43 INDUSTRIAL AVE.
FAIRVIEW NJ 07022

SHIP TO:
NORTHERN DISTRICT OF WEST VIRGINIA
(304) 622-8513
500 WEST PIKE STREET
CLARKSBURG WV 26302

WV 263 2-01

UPS NEXT DAY AIR  1
TRACKING #: 1Z 5R1 259 01 4495 6591

BILLING: P/P

W6 21.0.23 Zebra ZP 450 06.0A 10/2018

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the U.S., shipper certifies that the commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

010195101  05/05  PAC United Parcel Service, Louisville, KY

Call **1-800-PICK-UPS**® (1-800-742-5877) or visit **UPS.com**®.

For UPS Next Day Air services, there is no weight limit for envelopes containing letters, business correspondence, urgent documents, and electronic media. When a UPS Next Day Air service is selected, UPS Express Envelopes containing items other than those listed above are subject to the corresponding rates for the applicable weight.

For UPS Worldwide Express, the UPS Express Envelope may be used only for documents of no commercial value. There is no limit on the weight or number of pages you can enclose.

For UPS 2nd Day Air services, UPS Express Envelopes weighing one pound or more are subject to the corresponding rates for the applicable weight.

Do not send cash or cash equivalent.

FILED
OCT 31 2018
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301



X-RAYED