IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**Diana Mey**
    **Plaintiff,**

vs.                                                                                 Case No.  5:18-cv-166

**Environmental Safety International, Inc.**
**a/k/a Septic Safety**
**a/k/a Activator 1000**
**Joseph M. Carney**
**Joe Reed**
    **Defendants.**

## PLAINTIFF'S MOTION FOR A SCHEDULING CONFERENCE

      Comes now the Plaintiff, Diana Mey, by counsel, and requests this honorable Court set a scheduling conference.  The Plaintiff, by counsel, has attempted to set a Rule 26(f) conference with the Defendants, but to date has received no response.  On or about February 5, 2019, Plaintiff mailed a letter to the Defendant, attached as Exhibit A, requesting dates for a Rule 26(f) conference.

      As the Defendant has not responded, Plaintiff requests this honorable Court set a scheduling conference so that the parties can obtain dates for discovery, pre-trial, and trial in this matter.

      Wherefore, the Plaintiff requests a scheduling conference be scheduled in the above referenced matter.

                                                                                    **Diana Mey**
                                                                                     By Counsel

/s/ Benjamin M. Sheridan_____
Benjamin M. Sheridan (# 11296)
*Counsel for Plaintiff*

Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
(304) 562-7111
(304) 562-7115 (fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**Diana Mey**
    **Plaintiff,**

**vs.**                                                                                                 Case No.  5:18-cv-166

**Environmental Safety International, Inc.**
**a/k/a Septic Safety**
**a/k/a Activator 1000**
**Joseph M. Carney**
**Joe Reed**
    **Defendants.**

## CERTIFICATE OF SERVICE

    I, Benjamin Sheridan, attorney for the Plaintiff, certify that I served a true copy of the foregoing **PLAINTIFF'S MOTION FOR A SCHEDULING CONFERENCE** on the Defendant(s) listed at the address(es) below by first class mail, postage prepaid, on this 22nd day of April, 2019.

Joseph Carney
20 Appletree Lane
Hillsdale, NJ  07642


                                        BY:        /s/ Benjamin M. Sheridan
                                                                 Benjamin Sheridan (# 11296)
                                                                 *Counsel for Plaintiff*
                                                                 Klein & Sheridan, LC
                                                                3566 Teays Valley Road
                                                                Hurricane, WV 25526
                                                                (304) 562-7111