## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## WHEELING

**DIANA MEY,**

    Plaintiffs,

**v.**                                             **CIVIL ACTION NO. 5:18-CV-166**
                                                  **(BAILEY)**

**ENVIRONMENTAL SAFETY**
**INTERNATIONAL, INC.,**
**JOSEPH M. CARNEY,**
**and JOE REED,**

    Defendants.

## FIRST ORDER AND NOTICE REGARDING
## DISCOVERY AND SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule of Civil Procedure ("L.R. Civ. P.") 16.01 and 26.01, it is hereby **ORDERED** that:

| | |
|---|---|
| **1. Initial Planning Meeting**<br>**On or before: May 23, 2019** | **3. Initial Disclosures**<br>**On or before: July 23, 2019** |
| **2. Meeting Report**<br>**On or before: June 6, 2019** | **4. Scheduling Conference:**<br>**If necessary** |

(1) **Initial Planning Meeting**: Pursuant to Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b), parties to this action shall meet in person or by telephone on or before **May 23, 2019**. At this meeting, the parties shall discuss all matters required by Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b).

(2) **Meeting Report and Proposed Discovery Plan**: Pursuant to Fed. R. Civ. P. 26(f) and L.R. Civ. P. 16.01(c), the parties shall submit to this Court a **written report** on the results of the initial discovery meeting **and a completed Scheduling Order Checklist**

1

(see attached) on or before **June 6, 2019**. The written report shall include the parties' report on those matters set forth in L.R. Civ. P. 16.01(b)(1-5) and 16.01(c) and the parties' discovery plan as required by Fed. R. Civ. P. 26(f). The parties' report on their meeting shall be considered by this Court as advisory only. Parties and counsel are subject to sanctions as set forth in Fed. R. Civ. P. 16(f) and L.R. Civ. P. 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

(3) **Initial Discovery Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. Civ. P. 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed. R. Civ. P. 26(a)(1) on or before **July 23, 2019**.

(4) **Telephonic Scheduling Conference**: Upon receipt of the meeting report and proposed discovery plan, this Court may conduct a scheduling conference at a date and time deemed appropriate. *See* Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d). However, if this Court determines, after a review of the meeting report and proposed discovery plan, that a scheduling conference is not necessary, no conference will be scheduled and a scheduling order will be entered. *See* Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein, along with copies of this Court's Scheduling Order Checklist

**DATED**: April **23**, 2019.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

Civil Action No. _____

_____
Defendant(s).

## SCHEDULING ORDER CHECKLIST

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

    _____

2. MEDIATION          Before -        _____

3. JOINDER AND AMENDMENTS        _____

4. EXPERT DISCLOSURE

    a. With Burden        _____

    b. Without Burden    _____

5. EXAMINATION/INSPECTIONS

    _____

6. DISCOVERY COMPLETION        _____

7. DISPOSITIVE MOTIONS        _____

    _____ Responses

    _____ Replies

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

                    a. Objections       _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

                    a. Objections       _____

10. MOTIONS IN LIMINE     _____

                    a. Objections       _____

11. BIOGRAPHICAL SKETCHES     _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER

                                                  _____

13. FINAL PRETRIAL CONFERENCE    _____

14. Trial                                                   _____

        (If non-jury trial, Proposed Findings of Fact
        and Conclusions of Law are to be filed with Court
        and opposing counsel _____)