

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Joseph M. Carney
20 Appletree Lane
Hillsdale, NJ 07642

Sent To  5:18 CV 166

Street and Apt. No., or PO Box No.   DOC. 6

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7018 0680 0000 9429 9197