IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**Diana Mey**
    **Plaintiff,**

vs.      Case No. 5:18-cv-166

**Environmental Safety International, Inc.**
**a/k/a Septic Safety**
**a/k/a Activator 1000**
**Joseph M. Carney**
**Joe Reed**
    **Defendants.**

## CERTIFICATE OF SERVICE

I, Benjamin Sheridan, attorney for the Plaintiff, certify that I served a true copy of **PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES** on the Defendant(s) listed at the address(es) below by first class mail, postage prepaid, on this 23rd day of July, 2019.

    Environmental Safety International, Inc.
    a/k/a Septic Safety
    a/k/a Activator 1000
    685 Bergen Blvd, STE 205
    Ridgefield, NJ 07657-1400

    Joseph M. Carney
    20 Appletree Ln
    Hillsdale, NJ 07642-1228

    Joe Reed
    106 Griffiss Drive
    Rome, NY 13440-3817

BY:      /s/ Benjamin M. Sheridan___
    Benjamin Sheridan (# 11296)
    *Counsel for Plaintiff*
    Klein & Sheridan, LC
    3566 Teays Valley Road
    Hurricane, WV 25526
    (304) 562-7111