# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING

**DIANA MEY,**

    Plaintiff,

**v.**                                                                 Civil Action No. 5:18-CV-166
                                                                        (BAILEY)

**ENVIRONMENTAL SAFETY
INTERNATIONAL, INC., JOSEPH
M. CARNEY,** and **JOE REED,**

    Defendants.

## ORDER SETTING HEARING

This Court hereby sets an **in-person status conference** to be held on **October 24, 2019, at 11:00 a.m.** in the Wheeling District Judge Courtroom, North, before the Honorable John Preston Bailey.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to mail a certified copy, return receipt requested to any pro se parties.

**DATED**: October 8, 2019.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE