**NORTHERN DISTRICT OF WEST VIRGINIA**
**CLERK, UNITED STATES DISTRICT COURT**
**P.O. BOX 471**
**WHEELING, WEST VIRGINIA 26003-0060**

OFFICIAL BUSINESS

7014 3490 0001 7496 1031



02 1P   $ 006.80⁰
0000835876   AUG 30 2019
MAILED FROM ZIP CODE 26003

FILED
OCT 10 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

D.A.
9/3/19
MB

Joseph M. Carney
20 Appletree Lane
Hillsdale, NJ 07642

NIXIE   076   DE 1   0010/04/19

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 26003006071   *2632-01653-30-44