**CERTIFIED MAIL**

NORTHERN DISTRICT OF WEST VIRGINIA
**CLERK, UNITED STATES DISTRICT COURT**
P.O. BOX 471
WHEELING, WEST VIRGINIA 26003-0060

OFFICIAL BUSINESS

7014 3490 0001 7496 2472

REFUSED 10/12



$006.80
0000835876   OCT 09 2019
MAILED FROM ZIP CODE 26003

FILED
DEC 2 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Joseph M. Carney
20 Appletree Lane
Hillsdale, NJ 07642

NIXIE    076   DE 1

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 26003006071    *1443-06180-09-41