NORTHERN DISTRICT OF WEST VIRGINIA
CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 471
WHEELING, WEST VIRGINIA 26003-0060

OFFICIAL BUSINESS



7019 0160 0001 1053 5155



02 1P    $006.95⁰
0000835876   NOV 22 2019
MAILED FROM ZIP CODE 26003

Att 11/25

Joseph M. Carney
20 Appletree Lane
Hillsdale, NJ 07642

FILED
DEC 27 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

5:18 CV 166 DOC-19

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Joseph M. Carney
   20 Appletree Lane
   Hillsdale, NJ 07642

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FILED
DEC 27 2019
U.S. DISTRICT COURT
WHEELING, WV

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 4943 9063 6753 94

2. Article Number (Transfer from service label)
7019 0160 0001 1053 5155

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt