AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Diana Mey ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  5:18-cv-166 |
| Environmental Safety International, Inc., Joseph M. Carney, and Joe Reed ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Diana Mey recover from the defendant *(name)* Joseph M. Carney the amount of Twenty-Three Thousand One Hundred Seventy One and 36 cents dollars ($ 23,171.36 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 1.54 % per annum, along with costs.

☒ other: The Defendant is further ORDERED to cease and desist from all calls to consumers which would violate 47 USC §46A-6F-601. Judgment is entered in favor of the plaintiff and this matter is stricken from the active docket of the Court.

This action was *(check one)*:

☒ decided by Judge John Preston Bailey

Date: 01/16/2020

*CLERK OF COURT*

/s/ L.M. Murphy

*Signature of Clerk or Deputy Clerk*