**NORTHERN DISTRICT OF WEST VIRGINIA**
**CLERK, UNITED STATES DISTRICT COURT**
P.O. BOX 471
WHEELING, WEST VIRGINIA 26003-0060

OFFICIAL BUSINESS

7019 0160 0001 1053 5988

REFUSED 1/21

Joseph M. Carney
20 Appletree Lane
Hillsdale, NJ 07642



FILED
FEB 4 2020
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

NIXIE    076  DE 1           0001/29/20
         RETURN TO SENDER
              REFUSED
         UNABLE TO FORWARD

REF  BC: 26003006071    *2632-09480-16-41
26003>0060
07642-122820