James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
jamie@finalverdictsolutions.com

Assignee of Record

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY | No. 5:18-cv-00166-JPB |
| Plaintiff | |
| v. | |
| JOSEPH M. CARNEY | |
| Defendant | |

## ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

COMES NOW DIANA MEY, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the judgment was entered in this Court on January 16, 2020.

2) THAT Plaintiff was awarded the amount of $23,171.36 against Defendant JOSEPH M. CARNEY, individually.

3) THAT there have been no renewals since the entry of said judgment by this court and that Plaintiff has received $0.00 of judgment from judgment debtor.

4) DIANA MEY is the judgment creditor of record.

5) THAT the last address of record for JOSEPH M. CARNEY, judgment debtor, is 20 Appletree Lane, Hillsdale, NJ 07642.

6) THAT I, DIANA MEY, judgment creditor, hereby transfer, and assign all title, rights, and interest in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

7) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this ___16___ day of March, 2020

_____
DIANA MEY
Judgment Creditor

Sworn and Subscribed to me this ___16___ day of ___March___, 2020

_____
Notary Signature

_____
(Notary Seal)



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SAMANTHA A. McGEE
WesBanco Bank Inc.
One Bank Plaza
Wheeling, West Virginia 26003
My Commission Expires May 26, 2023

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
jamie@finalverdictsolutions.com

Assignee of Record

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DIANA MEY | : |
| Plaintiff | : No. 5:18-cv-00166-JPB |
| v. | : |
| JOSEPH M. CARNEY | : |
| Defendant | : |

### ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT

COMES NOW DIANA MEY, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the judgment was entered in this Court on January 16, 2020.

2) THAT Plaintiff was awarded the amount of $23,171.36 against Defendant JOSEPH M. CARNEY, individually.

3) THAT there have been no renewals since the entry of said judgment by this court and that Plaintiff has received $0.00 of judgment from judgment debtor.

4) DIANA MEY is the judgment creditor of record.

5) THAT the last address of record for JOSEPH M. CARNEY, judgment debtor, is 20 Appletree Lane, Hillsdale, NJ 07642.

6) THAT I, DIANA MEY, judgment creditor, hereby transfer, and assign all title, rights, and interest in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

7) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this ___16___ day of March, 2020

_____
DIANA MEY
Judgment Creditor

Sworn and Subscribed to me this ___16___ day of ___March___, 2020

_____
(Notary Seal)

_____
Notary Signature

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SAMANTHA A. McGEE
WesBanco Bank Inc.
One Bank Plaza
Wheeling, West Virginia 26003
My Commission Expires May 26, 2023